United States Court of Appeals
FOR THE EIGHTH CIRCUIT

No. 97-3536EM

_____

Scott Collier,                                    *
                                                  *
                    Appellant,                    *
                                                  *
        v.                                        *
                                                  *
Board of Police Commissioners of the             *
City of St. Louis; Anne Marie Clarke;            *
Robert Haar; Charles Mischeaux;                  *
Matthew Padberg; Mayor Freeman                   *   Appeal from the United States
Bosley, Jr., in their official capacities as     *   District Court for the Eastern
members of the Board of Police                   *   District of Missouri.
Commissioners of the City of St. Louis;          *
Clarence Harmon; Gary Sperber; Linn              *        [UNPUBLISHED]
Laird; Edward Halveland, in their                *
official capacities as Police Officers of        *
the St. Louis Metropolitan Police                *
Department,                                       *
                                                  *
                    Appellees.                    *

                                              _____

                            Submitted:  March 11, 1998
                                Filed:  March 18, 1998
                                              _____

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

                                              _____

PER CURIAM.

Scott Collier appeals the district court's adverse grant of summary judgment in a civil rights action brought by Collier after he was shot by fellow police officers when a drug investigation erupted into a gunfight. Having reviewed the record and the parties' briefs, we see no error by the district court. We thus affirm on the basis of the district court's orders. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.